IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JARED M. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   21-cv-1468-RJD |
| | ) | |
| PERCY MYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff Jared Smith, an inmate in the custody of the Illinois Department of Corrections ("IDOC"), filed this lawsuit pursuant to 42 U.S.C. § 1983 against defendants Percy Myers, Sabrina Stevens, Tammy Stevens, and Reynal Caldwell for denying him adequate medical care under the Eighth Amendment.  Because Plaintiff alleged he was in imminent danger of serious physical harm, he was granted leave to proceed *in forma pauperis* on his claims, despite having accrued three strikes under 28 U.S.C. § 1915(g).

Along with his complaint, Plaintiff filed a motion for emergency injunctive relief, which the Court construed as a motion for preliminary injunction (*see* Doc. 3).   On March 30, 2022, the undersigned denied Plaintiff's motion for a preliminary injunction following a hearing (Doc. 52). In that Order, the undersigned ordered Plaintiff to show cause as to why his *in forma pauperis* status should not be revoked based on the finding there was no indication that Plaintiff's medical problems suggest he was in imminent danger of serious physical harm at the time he filed this lawsuit.

On May 10, 2022, the undersigned found that Plaintiff failed to present evidence

supporting his claim that he was in imminent danger at the time he filed his complaint (Doc. 54). As a result, the undersigned revoked Plaintiff's *in forma pauperis* status.   Plaintiff was ordered to submit the remainder of the filing fee, $379.94, to the Clerk of Court by June 9, 2022.   Plaintiff was warned that his failure to pay the filing fee by June 9, 2022 would result in dismissal of this lawsuit.

As of the date of this Order, Plaintiff has not paid his filing fee as directed.   The Court acknowledges Plaintiff made a payment of $126.10 on May 17, 2022 toward his filing fee; however, a total of $199.17 is still owed.   Plaintiff has also made no indication that he is able or plans to pay the remainder of the filing fee in an expeditious manner, and the Court's deadline to do so has passed.   Plaintiff filed a Motion to Supplement the Record on June 16, 2022 (Doc. 58). This motion is **DENIED** as it merely sets forth additional complaints concerning Plaintiff's medical care at his current institution, Pinckneyville Correctional Center, and is therefore not relevant to the claims at hand, particularly given the current posture of this matter.   Due to Plaintiff's failure to pay the filing fee as directed, this action is **DISMISSED WITHOUT PREJUDICE**.   *See Daniels v. Brennan*, 887 F.2d 783 (7th Cir. 1989); *Reynolds v. Ahmed*, 2021 WL 3861799 (S.D. Ill. Aug. 30, 2021).   The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: June 22, 2022**

*s/  Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**